**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

KC

**FILED**
**FEBRUARY 2, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 731**

In the Matter of                                                Case Number:

WILLIAM A. CIRIGNANI,
   individually and on behalf of others similarly situated,
            v.
OAKBROOK HOTELS & RESORTS, INC., d/b/a
SHERATON CLEVELAND AIRPORT HOTEL

**JUDGE KENDALL**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, William A. Cirignani,

| | |
|---|---|
| NAME (Type or print) <br> Daniel Lynch | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel Lynch | |
| FIRM <br> Law Offices of Daniel Lynch | |
| STREET ADDRESS <br> 150 S. Wacker Drive, Suite 2600 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6202499 | TELEPHONE NUMBER <br> 312-346-8700 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |