AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

ALIAS SUMMONS IN A CIVIL CASE

WILLIAM A. CIRIGNANI, individually and on behalf of others similarly situated

    Plaintiff,

V.

OAKBROOK HOTELS & RESORTS, INC.,
a Delaware Corporation, d/b/a SHERATON CLEVELAND AIRPORT HOTEL;
and DOES 1-10     Defendants.

CASE NUMBER: 08 C 731

ASSIGNED JUDGE: KENDALL

DESIGNATED MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

Oakbrook Hotels & Resorts, Inc.
~~Joyce L. Mcardle, Registered Agent~~ RODNEY WELTY
1600 E. Main Street, Suite B    CORPORATE SECRETARY
St. Charles, Illinois 60174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Lynch
Law Offices of Daniel Lynch
150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606
312-346-8700 / 312-896-5883 (fax)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

FEB 2 2 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE    08 C 731

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  MAR 11 2008  2:05 PM |
| NAME OF SERVER (PRINT)  THOMAS J. SEVERIN | TITLE  LIC. PRIVATE DETECTIVE  LIC NO. 115-000458 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1600 MAIN ST. (RT 64), SUITE B, HOLIDAY INN EXPRESS, ST. CHARLES, IL 60174

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: RODNEY WELTY CORPORATE SECRETARY

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 39.00 | 217.50 | 256.50 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAR 11 2008       /s/ Thomas J. Severin   THOMAS J. SEVERIN
              Date                    Signature of Server

Address of Server: 2722 CENTRAL ROAD, GLENVIEW, IL 60025

Thomas J. Severin
IL Licensed Private Detective
Lic # 115-000458

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.