UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

William A. Cirignani
          Plaintiff,

v.                 Case No.: 1:08–cv–00731
                 Honorable Virginia M. Kendall

Oakbrook Hotels & Resorts, Inc., et al.
          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 28, 2008:

  MINUTE entry before Judge Honorable Virginia M. Kendall: The 4/3/08 Initial Status hearing is stricken and reset for 5/1/2008 at 09:00 AM. Joint Status Report due by 4/28/2008. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.