IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WILLIAM CIRIGNANI, individually and on behalf of others similarly situated,<br>    Plaintiff,<br><br>v.<br><br>OAKBROOK HOTELS & RESORTS, INC., a Delaware Corporation, d/b/a SHERATON CLEVELAND AIRPORT HOTEL; and DOES 1-10,<br>    Defendants. | Hon. Virginia M. Kendall<br><br>08 C 731<br><br>Magistrate Judge Mason |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's Order of March 28, 2008, Plaintiff submits the following status report:

Plaintiff filed his original Complaint on February 2, 2008 naming Oakbrook Hotels & Resorts, Inc. as the defendant. On February 22, 2008 service was perfected by personally handing a copy of the Complaint and Summons to David Welty, the corporate secretary. However, Plaintiff has now elected to sue a different defendant instead. Plaintiff is filing contemporaneously herewith a First Amended Complaint naming Cleveland Airport Hotel, LLC as defendant.

Dated: April 28, 2008

Respectfully submitted,

 s// *Daniel Lynch* (filed electronically)
Daniel Lynch
Avidan J. Stern
Mark C. Lang
LYNCH & STERN LLP
150 S. Wacker Drive, Suite 2600
Chicago, Illinois 60606

Oren Giskan
Catherine E. Anderson
Giskan, Solotaroff & Anderson, LLP
11 Broadway, Suite 2150
New York, NY 10004