AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

WILLIAM A. CIRIGNANI, individually on behalf of all others similarly situated,

Plaintiff,

V.

CLEVELAND AIRPORT HOTEL, LLC, an Ohio Corporation; and DOES 1-10,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 08 C 731

ASSIGNED JUDGE: KENDALL

DESIGNATED
MAGISTRATE JUDGE: MASON

TO: (Name and address of Defendant)

Cleveland Airport Hotel, LLC
David A. McArdle
1600 E. Main Street, Suite B
St. Charles, Illinois 60174

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel Lynch
LYNCH & STERN LLP
150 South Wacker Drive, Suite 2600
Chicago, Illinois 60606
T: (312) 442-9480
F: (312) 896-5883

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*J. Cervantes*
--------------------------------
**(By) DEPUTY CLERK**

**April 29, 2008**
--------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

| | RETURN OF SERVICE | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | MAY 5th, 2008 |
| NAME OF SERVER (PRINT) JOSEPH P. MAHR | TITLE | PRIVATE DETECTIVE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:     1600 E. MAIN St.
SAINT CHARLES, IL 60174   C/O C.F.O. PHILIP J. HELD

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

     Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $30.60 | $87.50  expenses $4.25 | $122.35 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   MAY 6th, 2008     *Signature of Server*
          Date

120 E. OGDEN AVE. HINSDALE, IL 60521
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.