**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 08 CV 00731
William A. Cirignani v. Cleveland Airport Hotel, LLC


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Cleveland Airport Hotel, LLC (Defendant)


| | |
|---|---|
| NAME (Type or print) <br> Bart T. Murphy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bart T. Murphy | |
| FIRM <br> Ice Miller, LLP | |
| STREET ADDRESS <br> 2300 Cabot Dr., Ste. 455 | |
| CITY/STATE/ZIP <br> Lisle, IL 60532 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181178 | TELEPHONE NUMBER <br> 630-955-6392 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |