## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

William A. Cirignani

                  Plaintiff,

v.                                          Case No.: 1:08–cv–00731
                                                Honorable Virginia M. Kendall

Does 1–10, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Initial Status hearing held. Parties inform the Court that they are engaging in settlement discussions. Defendant to answer or otherwise plead by 6/19/2008. Status hearing set for 6/26/2008 at 9:00 AM. Joint Status Report due 6/23/08. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.