UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. CIRIGNANI, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Virginia M. Kendall |
| | ) | |
| v. | ) | 08 C 731 |
| | ) | |
| CLEVELAND AIRPORT HOTEL, LLC, | ) | Mag. Judge Mason |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff hereby moves for entry of an order of voluntary dismissal with prejudice and without costs. In further support of this Motion, Plaintiff states as follows:

1. Plaintiff and Defendant have agreed to resolve this litigation on mutually agreeable terms which are confidential.

2. In accordance with that agreement, Plaintiff requests that this Court enter an order in the form attached hereto as Exhibit A.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order of voluntary dismissal with prejudice and without costs, in the form attached hereto as Exhibit A.

Dated: May 30, 2008                                    Respectfully submitted,

Daniel Lynch (Ill. Bar No. 6202499)              s/ *Avidan J. Stern*
Avidan J. Stern (Ill. Bar No. 6201978)
LYNCH & STERN LLP
150 South Wacker Dr., Suite 2600
Chicago, Illinois  60606
312-346-1600 (tel) / 312-896-5883 (fax)

## EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. CIRIGNANI, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Virginia M. Kendall |
| | ) | |
| v. | ) | 08 C 731 |
| | ) | |
| CLEVELAND AIRPORT HOTEL, LLC, | ) | Mag. Judge Mason |
| | ) | |
| Defendant. | ) | |

### ORDER OF DISMISSAL

Based upon Plaintiff's Motion for Voluntary Dismissal filed in the above-captioned matter;

IT IS HEREBY ORDERED THAT:

This action is dismissed in its entirety, with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said claims were brought having been settled and compromised.

ENTER:

_____
Judge Virginia M. Kendall

**Certificate of Service**

    I, Avidan J. Stern, hereby certify that on May 30, 2008, the above document was electronically filed with the Clerk in the above captioned matter and a true and correct copy of said documents was served upon counsel via the CM / ECF online filing system.

                                                                                                s/ *Avidan J. Stern*