UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. CIRIGNANI, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Virginia M. Kendall |
| | ) | |
| v. | ) | 08 C 731 |
| | ) | |
| CLEVELAND AIRPORT HOTEL, LLC, | ) | Mag. Judge Mason |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **June 5, 2008 at 9:00 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Virginia M. Kendall in Courtroom 2319, 219 South Dearborn Street, Chicago, Illinois, and will then and there present Plaintiffs' **Motion for Voluntary Dismissal**, a copy of which is herewith served upon you.

Dated: May 30, 2008                                    Respectfully submitted,

                                                       s/ *Avidan J. Stern*

Daniel Lynch (Ill. Bar No. 6202499)
Avidan J. Stern (Ill. Bar No. 6201978)
LYNCH & STERN LLP
150 South Wacker Dr., Suite 2600
Chicago, Illinois 60606
312-346-1600 (tel)  / 312-896-5883 (fax)

## Certificate of Service

I, Avidan J. Stern, hereby certify that on May 30, 2008, the foregoing document was electronically filed with the Clerk in the above-captioned matter and a true and correct copy of said documents was served upon counsel of record via the CM / ECF online filing system.

                                                       s/ *Avidan J. Stern*