**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois — CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

William A. Cirignani
                Plaintiff,

v.                                     Case No.: 1:08–cv–00731
                                              Honorable Virginia M. Kendall

Does 1–10, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2008:

      MINUTE entry before the Honorable Virginia M. Kendall: Plaintiff's Motion for Voluntary Dismissal [19] is granted. Enter Order of Dismissal. All pending deadlines and hearings, including the presentment date for this motion, are hereby stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.