UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM A. CIRIGNANI, | ) | |
| | ) | |
| Plaintiff, | ) | Honorable Virginia M. Kendall |
| | ) | |
| v. | ) | 08 C 731 |
| | ) | |
| CLEVELAND AIRPORT HOTEL, LLC, | ) | Mag. Judge Mason |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Based upon Plaintiff's Motion for Voluntary Dismissal filed in the above-captioned matter;

IT IS HEREBY ORDERED THAT:

This action is dismissed in its entirety, with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which said claims were brought having been settled and compromised.

ENTER:

_____
Virginia M. Kendall
United States District Judge

Date:  June 2, 2008